NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**QUASAR SCIENCE, LLC,**
*Appellant*

**v.**

**COLT INTERNATIONAL CLOTHING, INC.,**
*Appellee*

_____

2025-1270, 2025-1271

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00613, IPR2023-00614.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.


FOR THE COURT


January 5, 2026
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** January 5, 2026